# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

agoudiss@shearman.com  
212.848.4906

December 2, 2013

VIA CM/ECF

The Honorable Harold Baer, Jr.  
United States District Court Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Chambers 2230  
New York, New York 10007

    Re:    *Daimler Investments US Corp., et ano. v. Chrysler Canada Inc.*, No. 13-cv-07311-HB (S.D.N.Y.)

Dear Judge Baer:

    We represent Daimler Investments US Corporation and Daimler North America Finance Corporation, plaintiffs in the above-referenced action. We write pursuant to Section 5(G) of Your Honor's Individual Practices to inform the Court that plaintiffs intend to rely upon the existing Complaint filed in this action on October 16, 2013 and will not file an amended pleading in response to defendant Chrysler Canada Inc.'s motion to dismiss the Complaint, filed November 22, 2013 (Dkt. No. 10).

        Respectfully submitted,

        /s/Alan S. Goudiss  
        Alan S. Goudiss

Cc: Steven L. Holley, counsel to Defendant (via cm/ecf)

ABU DHABI | BEIJING | BRUSSELS | FRANKFURT | HONG KONG | LONDON | MILAN | NEW YORK | PALO ALTO
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.