# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

December 3, 2013

<u>Via ECF</u>

Hon. Harold Baer, Jr.,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Chambers 2230,
           New York, New York 10007.

      Re:   *Daimler Investments US Corp. et al.* v. *Chrysler Canada Inc.*,
             <u>No. 13-cv-07311 (S.D.N.Y.)</u>

Dear Judge Baer:

      On behalf of Defendant Chrysler Canada Inc. ("CCI"), I write pursuant to Rule 5.A of the Court's Individual Practices and to correct a misstatement in my December 2, 2013 letter to the Court. Briefing on CCI's motion to dismiss will be completed by December 19, 2013, not December 13, 2013, as stated in my earlier letter. I neglected to include the extra three days provided in the rules for service via ECF in computing the time period for the opposition and reply. I regret the error.

                                  Respectfully,

                                  /s/ Steven L. Holley

                                  Steven L. Holley

cc:    Alan S. Goudiss, Esq.
        (Shearman & Sterling LLP)